


United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:19CV997-RDA-IDD

Name: JOHN L. CORRIGAN

Address: 51 NE Blomlie / Box 1846
Belfair, WA 98528

Telephone Number: 253.350.0790

Email Address: jcorrigan25@outlook.com

The undersigned:
> Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
> Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
> Is responsible for immediately notifying the court in writing of any change of email address.
> Must be registered with PACER (www.pacer.gov).

Signature: John L. Corrigan  Date: 07/30/2019

Court Use Only:

The request is GRANTED _____  or DENIED _____

_____  _____
(Judge's Signature)              (Date)